UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE WORLD TRADE CENTER LOWER            :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
EMERITA E LARA,                                     :  07-CV-05365-AKH
                                                            :
            Plaintiff,                                    :
                                                            :  **APPEARANCE**
    - against -                                         :
                                                            :
ALAN KASMAN D/B/A KASCO, *et al.*,     :  **ELECTRONICALLY FILED**
                                                            :
            Defendants.                              :
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                DICKSTEIN SHAPIRO LLP
            October 3, 2007

                                                    By:        /s/ Judith R. Cohen
                                                    _____
                                                    Judith R. Cohen (JC-8614)
                                                    1177 Avenue of the Americas
                                                    New York, New York 10036
                                                    Phone: (212) 277-6500
                                                    Fax: (212) 277-6501

                                                    *Attorney for Defendant*
                                                    MERRILL LYNCH & CO., INC.


DOCSNY-271816v01